UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. BERINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO SHERIFFS, et al.,<br><br>    Defendant(s). | Case No. EDCV 14-1087 DSF (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED:   12/3/14 _____

_____
DALE S. FISCHER
United States District Judge