UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. BERINGER, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO SHERIFFS, et al., <br><br> Defendants. | No. EDCV 14-01087 DSF (AJW) <br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that this action is: (1) dismissed with prejudice as to defendants County of San Bernardino and Jeff Rose; and (2) dismissed without prejudice as to defendant Mr. Coorba.

DATED: 12/3/14

_____
DALE S. FISCHER
United States District Judge